UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL VISCOMI, PATRICIA HATCH, & SUSAN KENNEDY, individually and on behalf of all others similarly situated,<br>    Plaintiffs | :<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 2:13-cv-04720-JD |
| v. | :<br>: | JURY TRIAL DEMANDED |
| CLUBHOUSE DINER, CLUBHOUSE BENSALEM HOLDING, INC.,CLUBHOUSE BENSALEM, LLC, ESAM SALAH & MEYLINDA ARDHYANI,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>: | CLASS AND COLLECTIVE ACTION |

## AMENDED MOTION FOR COLLECTIVE ACTION SETTLEMENT APPROVAL

Plaintiffs Carol Viscomi, ("Viscomi"), Patricia Hatch, ("Hatch") and Susan Kennedy, ("Kennedy"), (collectively "Plaintiffs"), by and through their undersigned counsel, move this Honorable Court for an Order granting their Amended Motion for Settlement. The reasons for this Motion are set forth in their Memorandum of Law which is incorporated herein by reference.

**WHEREFORE**, Plaintiffs respectfully request the Court grant their Amended Motion in its entirety.

Respectfully submitted,

MURPHY & ASSOCIATES

BY: s/Edward J. Murphy, Jr., Esquire
PATRICK G. MURPHY, ESQUIRE
ATTY. I.D. NO. 34815
EDWARD J. MURPHY, JR., ESQUIRE
ATTY. I.D. NO. 91814
640 SENTRY PARKWAY, SUITE 100
BLUE BELL, PA 19422

Date: December 5, 2019

## **CERTIFICATE OF SERVICE**

I, Edward J. Murphy, Jr., Esquire, hereby certify that on December 5, 2019 I caused a copy of Amended Motion for Collective Action Settlement Approval to be served upon the following person via electronic case filing:

>John F. Innelli, Esquire
>John F. Innelli, LLC
>Two Penn Center, Suite 1300
>Philadelphia PA  19102

>BY:   s/Edward J. Murphy, Jr., Esquire
>        EDWARD J. MURPHY, JR., ESQUIRE
>        Attorney for Plaintiffs