**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAROL VISCOMI, PATRICIA HATCH, **& SUSAN KENNEDY**, individually and on behalf of all others similarly situated, **Plaintiffs** | : <br> : <br> :   **CIVIL ACTION NO. 2:13-CV-04720-JD** <br> : <br> :   **CLASS AND COLLECTIVE ACTION** |
| v. | : |
| **CLUBHOUSE DINER,** **CLUBHOUSE BENSALEM HOLDING, INC.,** **CLUBHOUSE BENSALEM, LLC, ESAM SALAH & MEYLINDA ARDHYANI,** **Defendants** | : <br> : <br> : <br> : <br> : |

**ORDER**

**AND NOW**, this _____ day of _____ 2019, it is **ORDERED** that the parties' Amended Motion to Approve Settlement is granted and **IT IS FURTHER ORDERED** that this Action is hereby dismissed, with prejudice.

                                                                DuBOIS, JAN E., J.